IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA,<br><br>                              Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; TRANS UNION, LLC; EQUIFAX<br>INFORMATION SERVICES, LLC; and<br>CITIBANK, (SOUTH DAKOTA), NA.,<br><br>                            Defendants. | C.A. No: 10-11676 |

## ANSWER OF TRANS UNION LLC

Trans Union LLC ("Trans Union"), Answers Plaintiffs' Complaint as follows:

**I.    PRELIMINARY STATEMENT**

1.    Trans Union denies violating the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* (the "FCRA"), as alleged in paragraph 1 of the Complaint.

**II.    JURISDICTION**

2.    Admits the allegations of paragraph 2 of the Complaint respecting jurisdiction and venue; denies the remaining allegations respecting Trans Union; no responsive pleading required for allegations directed toward third parties.

**III.    PARTIES**

3.    Admits the allegation of paragraph 3 of the Complaint that Plaintiffs are consumers and residents of Pennsylvania; denies knowledge or information respecting the remaining allegation.

4-6, 10-13.    No responsive pleading required for allegations directed toward third parties.

7.      Denies the allegations of paragraph 10 of the Complaint, except admits only that Trans Union is authorized to do business in Pennsylvania.

8-9.    Admits that Trans Union is a "consumer reporting agency" as defined by the FCRA.

### IV.     FACTS

14-27.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations directed towards co-defendant and not Trans Union.

28.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations, except denies reporting inaccurate information in violation of the FCRA.

29-32.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations directed toward a co-defendant and not Trans Union..

33.-35, 37.    Denies the allegations and denies failing to duly respond to plaintiff's dispute or otherwise failing to comply with the FCRA in connection with plaintiff's communications.

36.     Denies the allegations and denies reporting inaccurate information in violation of the FCRA.

38-39.  No responsive pleading required to allegation directed toward co=defendant and not Trans Union.

### V.      CLAIMS

#### COUNT ONE

40.     Repeats and realleges each and every response to paragraphs 1 through 39 of the Complaint as if set forth at length herein.

2

41-44. Trans Union denies reporting inaccurate information in violation of the FCRA or negligently or willfully violating the FCRA in connection with the furnishing of information concerning plaintiff or causing plaintiff any harm for which she is entitled to relief.

### COUNTS TWO, THREE, FOUR, and FIVE

45. Repeats and realleges each and every response to paragraphs 1 through 44 of the Complaint as if set forth at length herein.

46-69. Trans Union denies violating the FCRA by failing to reinvestigate her disputes or otherwise violating the FCRA or negligently or willfully violating the FCRA in connection with the processing of her disputes or causing plaintiff any harm for which she is entitled to relief.

### COUNTS SIX, SEVEN, EIGHT, NINE and TEN

65-102. Repeats and realleges each and every response to paragraphs 1 through 69 of the Complaint as if set forth at length herein. No responsive pleading required for allegations directed toward co-defendant and not Trans Union.

WHEREFORE, Trans Union LLC demands judgment dismissing Plaintiffs' Complaint with prejudice, and awarding it such additional relief as the Court deems just and proper.

### FIRST DEFENSE

The Complaint fails to set forth facts sufficient to state a claim for which relief may be granted in favor of Plaintiffs and against Trans Union. Plaintiffs fail to allege facts essential to their claims such as, *inter alia*, the identity of entities to which the allegedly inaccurate information was reported by Trans Union and the dates thereon, the facts of the alleged adverse actions, and the content and dates of the alleged disputes.


**SECOND DEFENSE**

Trans Union has, at all material times with respect to Plaintiff, acted in good faith and complied fully with the FCRA and relevant state laws.

**THIRD DEFENSE**

The claims contained in the Complaint, which seek to recover punitive damages, violate the Constitution of the United States of America.

**FOURTH DEFENSE**

Any harm suffered by Plaintiffs was not caused by any act or omission of Trans Union. Any harm suffered by Plaintiffs was caused by Plaintiffs' own conduct or the conduct of third parties over which Trans Union has no control or authority, such as Plaintiff's high use of credit card debt and Bank of America's record keeping.

**FIFTH DEFENSE**

To the extent plaintiff's claims arose more than two years before the filing of the instant action, her claims for relief are barred by the applicable statutes of limitation, including, without limitation, 15 U.S.C. §1681p.

**SIXTH DEFENSE**

Plaintiffs' claim respecting the Citbank account concern a legal issue which, as a matter of law, Trans Union is and was not obligated to resolve under the FCRA. *See Deandrade v. Trans Union LLC*, 523 F.3d 61 (1st Cir. 2008); *Cornock v. Trans Union LLC*, 638 F. Supp.2d 158 (D. NH 2009). Therefore plaintiff's claims against Trans Union should be dismissed.

WHEREFORE, Trans Union LLC demands judgment dismissing Plaintiff's Complaint with prejudice, and awarding it such additional relief as the Court deems just and proper.

       Respectfully submitted,

       */s/  MARDIC MARASHIAN*
       MARDIC MARASHIAN (BBO#548607)
       BONIN & MARASHIAN
       77 Franklin Street
       Boston, MA  02110-1510
       Tel: (617) 723-2525; fax (617) 723 3163
       Email:  mardic@boninmarashian.com

       *Counsel for Defendant, Trans Union LLC*

DATED:    November 29, 2010