**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **CAROLEE RADA** | |
| **Plaintiff,** | **No. 10-cv-11676 (RWZ)** |
| **- against –** | **Electronically filed** |
| **EXPERIAN INFORMATION SOLUTIONS INC.,** **TRANS UNION LLC,** **EQUIFAX INFORMATION SERVICES, LLC.,** **AND CITIBANK, (SOUTH DAKOTA), N.A.,** | |
| **Defendants.** | |

<u>**MOTION TO APPEAR PRO HAC VICE**</u>

Pursuant to Rule 83.5.3(b) of the Local Rules of United States District Court for

the District of Massachusetts ("Local Rules"), Experian Information Solutions, Inc.

("Experian"), by its attorney Robert S. White, moves this Court to admit George Spencer,

Esq., of Jones Day, 222 East 41st Street, New York, New York, to appear, defend, and

practice in this case as co-counsel on behalf of Experian.  Mr. Spencer is a member in

good standing of the Bar of the State of New York, and the United States District Courts

for the Eastern and Southern Districts of New York. There are no disciplinary

proceedings pending against Mr. Spencer in any jurisdiction.  Mr. Spencer is familiar

with the Local Rules of this Court.

**WHEREFORE**, Experian respectfully requests that this Court admit George

Spencer, Esq. to appear, defend, and practice in this case as co-counsel on behalf of

Experian.  In support of this motion, Experian also submits the Affidavit of George

Spencer with attached Certificate of Good Standing.


                                         Respectfully submitted,

                                         Defendant Experian Information Solutions, Inc.,
                                         By its attorney,

                                         /s/ Robert S. White
                                         Robert S. White, BBO #552225
                                         Bourgeois, Dresser, White & McGourthy, LLP
                                         4 Dix Street
                                         Worcester, MA 01609
                                         Tel: (508) 798-8801
                                         rsw@bdwlaw.com


Dated:  November 29, 2010



## CERTIFICATE OF SERVICE


        I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing
(NEF) and paper copies will be sent to those indicated as non-registered participants as of
November29, 2010.



                                         /s/ Robert S. White
                                         Robert S. White

NYI-4321784v1