**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **CAROLEE RADA**<br><br>                          **Plaintiff,**<br><br>    - against –<br><br>**EXPERIAN INFORMATION SOLUTIONS INC.,**<br>**TRANS UNION LLC,**<br>**EQUIFAX INFORMATION SERVICES, LLC.,**<br>**AND CITIBANK, (SOUTH DAKOTA), N.A.,**<br><br>                          **Defendants.** | **No. 10-cv-11676 (RWZ)**<br><br>**Electronically filed** |

## AFFIDAVIT OF GEORGE E. SPENCER

I, George E. Spencer, an attorney with the firm of Jones Day, located at 222 East 41st Street, New York, New York 10017, hereby certify, under the penalties of perjury that:

1. I am a member of the Bar of the State of New York and the United States District Courts for the Eastern and Southern Districts of New York.

2. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under the penalties of perjury, this 29th day of November, 2010.

                                                          /s/*George E. Spencer*
                                                          George E. Spencer (GS 7729)
                                                          JONES DAY
                                                          222 E 41st Street
                                                          New York, NY 10017
                                                          Telephone: (212) 326-7897
                                                          Facsimile:   (212) 755-7306
                                                          E-mail: gspencer@jonesday.com