UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA,<br><br>                Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLLC and CITIBANK, (SOUTH DAKOTA), N.A.,<br>                Defendants. | Civil Action No. 1:10-CV-11676-RWZ |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

The undersigned counsel hereby notifies this Court and counsel for all parties of his appearance in the above-captioned action on behalf of Defendant Citibank (South Dakota), N.A.

                                        CITIBANK (SOUTH DAKOTA), N.A.,
                                        By its attorney,

                                        /s/ Jason A. Manekas
                                        Jason A. Manekas, Esquire
                                         BBO No. 632073
                                        Bernkopf Goodman LLP
                                        125 Summer Street, Suite 1300
                                        Boston, Massachusetts 02110
                                        Telephone:   (617) 790-3000
                                        Facsimile:    (617) 790-3300
                                        E-mail:        jmanekas@bg-llp.com

Dated:  November 30, 2010

505490 v1/99999/241

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA,<br>             Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLLC and CITIBANK, (SOUTH DAKOTA), N.A.,<br>             Defendants. | Civil Action No. 1:10-CV-11676-RWZ |

**CERTIFICATE OF SERVICE**

      I, Jason A. Manekas, hereby certify that a copy of a Notice of Appearance was served electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via First Class Mail to any persons indicated as non-registered participants on November 30, 2010.

      Signed under the pains and penalties of perjury this 30th day of November, 2010.

                                    CITIBANK (SOUTH DAKOTA), N.A.,
                                    By its attorney,

                                    /s/ Jason A. Manekas
                                    Jason A. Manekas, Esquire
                                     BBO No. 632073
                                    Bernkopf Goodman LLP
                                    125 Summer Street, Suite 1300
                                    Boston, Massachusetts 02110
                                    Telephone:  (617) 790-3000
                                    Facsimile:   (617) 790-3300
                                    E-mail:       jmanekas@bg-llp.com