IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; and CITIBANK, (SOUTH DAKOTA), NA., <br><br> Defendants. | C.A. No: 10-11676 |

## MOTION FOR ADMISSION PRO HAC VICE

Mardic Marashian, counsel for Trans Union LLC in this case and a member in good standing before this Court, hereby moves pursuant to Rule 83.5.3(b), of the Local Civil Rules for the United States District Court for the admission and appearance in this case of co-counsel, Bruce S. Luckman, *Pro Hac Vice*. Mr. Luckman is a member in good standing before the United States District Courts for the Eastern District of Pennsylvania, District of Connecticut and the Eastern and Southern Districts of New York. In addition, he is of good moral character and professional reputation. An affidavit of Bruce S. Luckman in support hereof is attached hereto.

Respectfully submitted,

BONIN & MARASHIAN

/s/ Mardic Marashian
Mardic Marashian, BBO #548607
77 Franklin Street, 4th Floor
Boston, MA 02110-1510
(617) 723-2525

DATED: November 30, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPERIAN INFORMATION SOLUTIONS, ) <br> INC.; TRANS UNION, LLC; EQUIFAX ) <br> INFORMATION SERVICES, LLC; and ) <br> CITIBANK, (SOUTH DAKOTA), NA., ) <br> ) <br> Defendants. ) | C.A. No: 10-11676 |

### AFFIDAVIT OF BRUCE S. LUCKMAN IN
### SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

The undersigned, being duly sworn according to law, deposes and states the following:

1. I am Bruce S. Luckman, a shareholder of the law firm of Kogan, Trichon & Wertheimer, P.C., in Philadelphia, Pennsylvania. By this Affidavit and the Motion to which it is attached, I seek admission *pro hac vice* to represent defendant, Trans Union LLC ("Trans Union") in this lawsuit.

2. I am admitted and licensed to practice law by the Commonwealth of Pennsylvania and the State of Connecticut and I am admitted before the United States District Courts for the Eastern District of Pennsylvania and the Eastern and Southern Districts of New York.

3. Since my admission to these bars, I have been and remain a member in good standing thereof. I have never been sanctioned or disciplined by any Bar or State Supreme Court.

4. I have read and am familiar with the rules of this court.

_/s/ Bruce S. Luckman_
BRUCE S. LUCKMAN
KOGAN, TRICHON & WERTHEIMER, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103-3699
(215) 575-7600; (215) 575-7688 fax
bluckman@ktwlaw.com

SWORN TO AND SUBSCRIBED
before me this 30th day of
November, 2010.

_Mary E. Mattox_
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary E. Mattox, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires June 16, 2013
Member, Pennsylvania Association of Notaries

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| CAROLEE RADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No: 10-11676 |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC.; TRANS UNION, LLC; EQUIFAX ) | |
| INFORMATION SERVICES, LLC; and ) | |
| CITIBANK, (SOUTH DAKOTA), NA., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Mardic Marashian, counsel for Defendant, Trans Union, LLC, hereby certify that the foregoing motion and affidavit was filed through the ECF system and was sent electronically on November 30, 2010 to the registered participants as identified on the Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　　　　　　 */S/ Mardic Marashian*
　　　　　　　　　　　　　　　　　　　　　　　Mardic Marashian (BBO#548607)