UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA,<br>            Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., TRANS UNION, LLC, EQUIFAX<br>INFORMATION SERVICES, LLLC and<br>CITIBANK, (SOUTH DAKOTA), N.A.,<br>            Defendants. | Civil Action No. 1:10-CV-11676-RWZ |

**ASSENTED TO MOTION TO EXTEND THE TIME TO ANSWER
OR OTHERWISE RESPOND TO THE PLAINTIFF'S COMPLAINT**

Defendant Citibank (South Dakota), N.A. ("Citibank") hereby moves, pursuant to Federal Rule of Civil Procedure 6(b), to extend the time within which it may file an answer or other responsive pleading in response to Plaintiff's Complaint through and including December 8, 2010. As grounds therefore, Citibank states that it recently retained counsel and requested this brief extension to review the issues and prepare an appropriate response. Plaintiff's counsel has assented to this request.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

In accordance with Local Rule 7.1(A)(2), counsel for Citibank has conferred with counsel for Plaintiff, who has assented to this motion.

CITIBANK (SOUTH DAKOTA), N.A.,
By its attorney,

/s/ Jason A. Manekas
Jason A. Manekas, Esquire
  BBO No. 632073
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone:      (617) 790-3000
Facsimile:      (617) 790-3300
E-mail:         jmanekas@bg-llp.com

ASSENTED TO BY:

CAROLEE RADA,
By her attorney,

/s/ Elizabeth A. Miller
Elizabeth A. Miller, Esquire
  BBO No. 559347
P.O. Box 66026
Auburndale, Massachusetts  02466
Telephone:      (617) 467-4335
E-mail:         elizabethamiller@comcast.net

Dated: December 1, 2010

505488 v1/99999/241

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CAROLEE RADA,
                    Plaintiff,

v.                                                           Civil Action No. 1:10-CV-11676-RWZ

EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC, EQUIFAX
INFORMATION SERVICES, LLLC and
CITIBANK, (SOUTH DAKOTA), N.A.,
                    Defendants.

**CERTIFICATE OF SERVICE**

I, Jason A. Manekas, hereby certify that a copy of the Assented to Motion to Extend the

Time to Answer or Otherwise Respond to the Plaintiff's Complaint was served electronically to

the registered participants as identified on the Notice of Electronic Filing and paper copies will

be sent via First Class Mail to any persons indicated as non-registered participants on December

1, 2010.

Signed under the pains and penalties of perjury this 1st day of December, 2010.

CITIBANK (SOUTH DAKOTA), N.A.,
By its attorney,

/s/ Jason A. Manekas
Jason A. Manekas, Esquire
 BBO No. 632073
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone:    (617) 790-3000
Facsimile:    (617) 790-3300
E-mail:       jmanekas@bg-llp.com