UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA,<br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., TRANS UNION, LLC, EQUIFAX<br>INFORMATION SERVICES, LLLC and<br>CITIBANK, (SOUTH DAKOTA), N.A.,<br>    Defendants. | Civil Action No. 1:10-CV-11676-RWZ |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Pursuant to Local Rule 40.3, Plaintiff Carolee Rada ("Ms. Rada") and Defendants, Experian Information Solutions, Inc. ("Experian"), Trans Union, LLC. ("Trans Union"), and Citibank (South Dakota), N.A. ("Citibank"), by and through their counsel, hereby jointly move to continue the Scheduling Conference presently set for Thursday, January 6, 2011 at 2:30 p.m. As grounds therefore, the parties state as follows:

  1.  Ms. Rada recently returned a Waiver of Service of Summons for Equifax Information Services, LLC ("Equifax"), pursuant to which Equifax must answer the Complaint on or before January 10, 2011.

  2.  In the interest of judicial economy and efficiency, the parties believe that it is appropriate to postpone the Scheduling Conference until after Equifax has filed its response to the Complaint, so that all parties can agree on a joint discovery plan and schedule for the filing of motions.

  3.  This is the first request for a continuance of the Scheduling Conference.

  4.  The parties agree that their Local Rule 16.1 Joint Statement will be filed 14 days before the date of the Scheduling Conference.

WHEREFORE, the parties request that the Scheduling Conference be postponed for approximately 30 days and that their Local Rule 16.1 Joint Statement be filed 14 days prior to the continued date.

Respectfully submitted,

| CAROLEE RADA,<br>By her attorney: | CITIBANK (SOUTH DAKOTA), N.A.,<br>By its attorney, |
|---|---|
| /s/ Elizabeth A. Miller<br>Elizabeth A. Miller, Esq. BBO #559347<br>P.O. Box 66026<br>Auburndale, MA 02466<br>Telephone: (617) 467-4335<br>elizabethamiller@comcast.net | /s/ Jason A. Manekas<br>Jason A. Manekas, Esq. BBO# 632073<br>Bernkopf Goodman LLP<br>125 Summer Street, Suite 1300<br>Boston, Massachusetts 02110<br>Telephone:    (617) 790-3000<br>Facsimile:     (617) 790-3300<br>jmanekas@bg-llp.com |
| /s/ Leonard A. Bennett<br>Leonard A. Bennett, *admitted pro hac vice*<br>Consumer Litigation Associates, P.C.<br>12515 Warwick Boulevard, Suite 100<br>Newport News, VA 23606<br>Telephone: (757) 930-3660<br>lenbennett@cox.net | |
| TRANS UNION, LLC<br><br>By its attorney, | EXPERIAN INFORMATION SOLUTIONS, INC. |
| /s/ Mardic A. Marashian<br>Mardic A. Marashianm, Esq. BBO# 548607<br>Bonin & Marashian<br>77 Franklin Street<br>Boston, MA 02110<br>617-723-2525<br>617-723-3163 (fax)<br>mardic@boninmarashian.com | /s/ Robert S. White<br>Robert S. White, Esq. BBO# 552229<br>Bourgeois, Dresser & White<br>Four Dix Street<br>Worcester, MA 01609<br>508-798-8801<br>508-754-1943 (fax)<br>RSW@BDWLAW.com |

/s/ Karen Butler Reisinger
Karen Butler Reisinger, Esq., *admitted pro hac vice*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
317-363-2400
317-363-2257 (fax)
kreisinger@schuckitlaw.com

/s/ George E. Spencer
George E. Spencer, Esq., *admitted pro hac vice*
Jones Day
222 E. 41st Street
New York, NY 10017
212-326-7897
212-755-7306 (fax)
gspencer@jonesday.com

/s/ Bruce S. Luckman
Bruce S. Luckman, Esq., *admitted pro hac vice*
Kogan, Trichon & Wertheimer, P.C.
1818 Market Street
30th Floor
Philadelphia, PA 19128
215-575-7600
215-575-7688 (fax)
bluckman@mstkw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA,<br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLLC and CITIBANK, (SOUTH DAKOTA), N.A.,<br>    Defendants. | Civil Action No. 1:10-CV-11676-RWZ |

## **CERTIFICATE OF SERVICE**

I, Jason A. Manekas, hereby certify that a copy of the Joint Motion to Continue Scheduling Conference was served electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via First Class Mail to any persons indicated as non-registered participants on December 21, 2010.

Signed under the pains and penalties of perjury this 21st day of December, 2010.

            CITIBANK (SOUTH DAKOTA), N.A.,
            By its attorney,

            /s/ Jason A. Manekas
            Jason A. Manekas, Esquire
             BBO No. 632073
            Bernkopf Goodman LLP
            125 Summer Street, Suite 1300
            Boston, Massachusetts 02110
            Telephone: (617) 790-3000
            Facsimile: (617) 790-3300
            jmanekas@bg-llp.com

506758 v2/37635/55