**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAROLEE RADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No: 10-11676 |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC.; TRANS UNION, LLC; EQUIFAX ) | |
| INFORMATION SERVICES, LLC; and ) | |
| CITIBANK, (SOUTH DAKOTA), NA., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF BRUCE S. LUCKMAN, ESQUIRE ONLY AS COUNSEL FOR TRANS UNION LLC

TO THE CLERK:

Please withdraw my appearance, only, as counsel for Defendant Trans Union LLC ("Trans Union"). Pursuant to Local Rule 5.1(c), another attorney of this Court has appeared as counsel for Trans Union.

Bruce S. Luckman
KOGAN, TRICHON & WERTHEIMER, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
(215) 575-7622; Fax: (215) 575-7688
E-mail: bluckman@ktwlaw.com

                                        Respectfully Submitted,

                                        /s/ *Bruce S. Luckman*
                                        BRUCE S. LUCKMAN
                                        KOGAN, TRICHON & WERTHEIMER, P.C.
                                        1818 Market St., 30th Floor
                                        Philadelphia, PA 19103
                                        (215) 575-7622; Fax: (215) 575-7688
                                        E-mail: bluckman@ktwlaw.com

DATED:     December 30, 2010

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAROLEE RADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No:  10-11676 |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC.; TRANS UNION, LLC; EQUIFAX ) | |
| INFORMATION SERVICES, LLC; and ) | |
| CITIBANK, (SOUTH DAKOTA), NA., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

BRUCE S. LUCKMAN, Esq., certifies that a true and correct copy of the Trans Union LLC's Notice of Withdrawal was sent on this date, *via* the ECF Notice System, to the following:

Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, VA 23606
757-930-3660
Email: lenbennett@clalegal.com
*Counsel for Plaintiff*

George E. Spencer, Esq.
Jones Day
222 E. 41st Street
New York, NY 10017
212-326-7897; Fax: 212-755-7306
Email: gspencer@jonesday.com
*Counsel for Experian Information Solutions, Inc.*

Jason A. Manekas, Esq.
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110
617-790-3000; Fax: 617-790-3300
Email: jmanekas@bg-llp.com
*Counsel for Citibank (South Dakota), N.A.*

/s/ *Bruce S. Luckman*
BRUCE S. LUCKMAN

DATED:     December 30, 2010