UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

CAROLEE RADA,
    Plaintiff,

CASE NO. 1:10-cv-11676-RWZ

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION, LLC; EQUIFAX INFORMATION
SERVICES, LLC; and CITIBANK (SOUTH
DAKOTA) N.A.;
    Defendants.

**TRANS UNION LLC'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), each of the undersigned certifies that he or she has conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: December 31, 2010

By: _____
Patricia Norris, for Defendant Trans Union, LLC

Dated: December 31, 2010

Schuckit & Associates, P.C.

By: _____
Karen B. Reisinger, Esq.

Attorney for Defendant Trans Union, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **5th day of January, 2011**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Elizabeth A. Miller, Esq. elizabethamiller@comcast.net | Leonard A. Bennett, Esq. lenbennett@clalegal.com |
|---|---|
| Robert S. White, Esq. rsw@bdwlaw.com | Jason A. Manekas, Esq. jmanekas@bg-llp.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **5th day of January, 2011**, properly addressed as follows:

| None | |
|---|---|

*s/Karen B. Reisinger*
Karen B. Reisinger, Esq.
(admitted *pro hac vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  kreisinger@schuckitlaw.com

*Lead Counsel for Trans Union, LLC*