UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA,<br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLLC and CITIBANK, (SOUTH DAKOTA), N.A.,<br>    Defendants. | Civil Action No. 1:10-CV-11676-RWZ |

**DEFENDANT CITIBANK (SOUTH DAKOTA), N.A.'S CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(D)(3)**

Defendant Citibank (South Dakota), N.A. and its counsel, Jason A. Manekas, Esquire, affirm that they have discussed a budget for the costs of conducting the full course – and various alternative courses – of litigation and have discussed alternative dispute resolution options.

            CITIBANK (SOUTH DAKOTA), N.A.,
            By its attorney,

            /s/ Jason A. Manekas
            Jason A. Manekas, Esquire
             BBO No. 632073
            Bernkopf Goodman LLP
            125 Summer Street, Suite 1300
            Boston, Massachusetts 02110
            Telephone: (617) 790-3000
            Facsimile: (617) 790-3300
            E-mail:  jmanekas@bg-llp.com

            CITIBANK (SOUTH DAKOTA), N.A.,

            By:  s/ Andrew Moritz
                Andrew Moritz, duly authorized

Dated: January 6, 2011

506529 v1/37635/55

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA,<br>            Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLLC and CITIBANK, (SOUTH DAKOTA), N.A.,<br>            Defendants. | Civil Action No. 1:10-CV-11676-RWZ |

## CERTIFICATE OF SERVICE

I, Jason A. Manekas, hereby certify that a copy of Defendant's Certification Pursuant to Local Rule 16.1(D)(3) was served electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via First Class Mail to any persons indicated as non-registered participants on January 6, 2011.

Signed under the pains and penalties of perjury this 6th day of January 6, 2011.

CITIBANK (SOUTH DAKOTA), N.A.,
By its attorney,

/s/ Jason A. Manekas
Jason A. Manekas, Esquire
 BBO No. 632073
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone:     (617) 790-3000
Facsimile:     (617) 790-3300
E-mail:       jmanekas@bg-llp.com