UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA,<br>                Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLLC and CITIBANK (SOUTH DAKOTA), N.A.,<br>                Defendants. | Civil Action No. 1:10-CV-11676-RWZ |

## DEFENDANT CITIBANK (SOUTH DAKOTA), N.A.'S
## MOTION TO COMPEL ARBITRATION AND STAY ACTION

Defendant Citibank (South Dakota), N.A. ("Citibank") hereby moves, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, et seq. (the "FAA"), for an Order compelling Plaintiff Carolee Rada ("Plaintiff") to arbitrate her claims against Citibank and to stay the instant action as against Citibank pending the outcome of the arbitration proceedings. As set forth in the accompanying Memorandum of Law, this Motion is made on the grounds that a valid, enforceable and irrevocable agreement to arbitrate exists between Plaintiff and Citibank that encompasses the claims brought by Plaintiff against Citibank; that, pursuant to the FAA, upon election by either Plaintiff or Citibank, Plaintiff must arbitrate her claims as required by the arbitration agreement in Plaintiff's credit card agreement; that South Dakota and federal law govern the parties' relationship and likewise mandate enforcement of the arbitration agreement; and that the instant action should be stayed as against Citibank pending completion of the arbitration.

WHEREFORE, Citibank requests that this Court compel arbitration of Plaintiff's claims pursuant to the Arbitration Agreement and stay this case as to Citibank pending completion of the arbitration.

In further support of this Motion, Citibank files herewith and incorporates herein by referenced the following documents:

1. Defendant Citibank (South Dakota), N.A.'s Memorandum of Law in Support of Its Motion to Compel Arbitration and Stay Action; and

2. Affidavit of Cathleen A. Walters in Support of Defendant Citibank (South Dakota), N.A.'s Motion to Compel Arbitration.

Citibank also relies upon all papers and pleadings on file regarding Plaintiff's Complaint and upon such other and further evidence and argument as may be presented to the Court in connection with this Motion.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

In accordance with Local Rule 7.1(A)(2), counsel for Citibank has conferred with opposing counsel in good faith to resolve or narrow the issues raised in this motion.

    Respectfully submitted,

    CITIBANK (SOUTH DAKOTA), N.A.,
    By its attorney,

    /s/ Jason A. Manekas
    Jason A. Manekas, Esquire
    BBO No. 632073
    Bernkopf Goodman LLP
    125 Summer Street, Suite 1300
    Boston, Massachusetts 02110
    Telephone:  (617) 790-3000
    Facsimile:  (617) 790-3300
    E-mail:  jmanekas@bg-llp.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA,<br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLLC and CITIBANK, (SOUTH DAKOTA), N.A.,<br>    Defendants. | Civil Action No. 1:10-CV-11676-RWZ |

## **CERTIFICATE OF SERVICE**

I, Jason A. Manekas, hereby certify that a copy of Defendant Citibank (South Dakota), N.A.'s Motion To Compel Arbitration and Stay Action was served electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via First Class Mail to any persons indicated as non-registered participants on January 6, 2011.

Signed under the pains and penalties of perjury this 6th day of January 6, 2011.

            CITIBANK (SOUTH DAKOTA), N.A.,
            By its attorney,

            /s/ Jason A. Manekas
            Jason A. Manekas, Esquire
             BBO No. 632073
            Bernkopf Goodman LLP
            125 Summer Street, Suite 1300
            Boston, Massachusetts 02110
            Telephone: (617) 790-3000
            Facsimile: (617) 790-3300
            E-mail:  jmanekas@bg-llp.com