UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA,<br>             Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLLC and CITIBANK, (SOUTH DAKOTA), N.A.,<br>             Defendants. | C.A. No. 1:10-CV-11676-RWZ |

**PLAINTIFF'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT CITIBANK (SOUTH DAKOTA), N.A.'S MOTION TO COMPEL ARBITRATION AND STAY ACTION**

Plaintiff Carolee Rada ("Plaintiff"), through undersigned counsel, hereby requests a brief extension of time of fourteen days, through and including February 3, 2011, to respond to Defendant Citibank (South Dakota), N.A.'s Motion To Compel Arbitration And Stay Action [Docket No. 25]. Plaintiff's opposition is currently due on January 20, 2011.

As grounds for this motion Plaintiff states the following:

1. Counsel for Citibank, the moving party, has assented to this motion.

2. Plaintiff is not seeking an extension to delay this matter, but to have sufficient time to adequately address the issues raised by Citibank's motion.

3. The opposition will be filed in advance of the initial scheduling conference in this case to be held on February 9, 2011.

WHEREFORE, Plaintiff requests that the Court grant this motion, permitting Plaintiff up to and including February 3, 2011 to submit her Opposition to Citibank's Motion to Compel Arbitration and Stay Action.

1

Respectfully submitted,

CAROLEE RADA,
By her attorney:


/s/ Elizabeth A. Miller
Elizabeth A. Miller, Esq. BBO #559347
P.O. Box 66026
Auburndale, MA 02466
Telephone: (617) 467-4335
elizabethamiller@comcast.net


/s/ Leonard A. Bennett
Leonard A. Bennett, *admitted pro hac vice*
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
Telephone: (757) 930-3660
lenbennett@cox.net


Assented to by:

CITIBANK (SOUTH DAKOTA), N.A.,
By its attorney,


/s/ Jason A. Manekas
Jason A. Manekas, Esq. BBO# 632073
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone:    (617) 790-3000
Facsimile:    (617) 790-3300
jamanekas@bg-llp.com

## Certificate of Service

I, Elizabeth A. Miller, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants by first class mail, postage prepaid, on January 14, 2011.

/s/ Elizabeth A. Miller
Elizabeth A. Miller