**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CAROLEE RADA,**

**Plaintiff**

**v.** **CA. NO. 10-11676-RWZ**

**EXPERIAN INFORMATION SOLUTIONS, INC.**

**and**

**TRANS UNION, LLC.**

**and**

**EQUIFAX INFORMATION SERVICES, LLC,**

**and**

**CITIBANK, (SOUTH DAKOTA), N.A.**

**Defendants**

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned certify that pursuant to Local Rule 16.1(d)(3) we have conferred (a) to establish a budget for conducting the full course - and various alternative courses - of this litigation; and (b) to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Plaintiff

Carolee Rada

Counsel for Plaintiff

Elizabeth A. Miller
Attorney at Law
BBO #559347
P.O. Box 66026
Auburndale, MA 02466
Telephone: (617) 467-4335
elizabethamiller@comcast.net

Leonard A. Bennett, *admitted pro hac vice*
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
Telephone: (757) 930-3660
lenbennett@cox.net

Date: December 23, 2010

## **Certificate of Service**

I, Elizabeth A. Miller, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants by first class mail, postage prepaid, on January 26, 2011.

/s/ Elizabeth A. Miller
Elizabeth A. Miller