UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA,<br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC and CITIBANK, (SOUTH DAKOTA), N.A.,<br>Defendants. | Civil Action No. 1:10-CV-11676-RWZ |

**JOINT STATEMENT PURSUANT TO FED R. CIV. P. 26(f)**
**AND LOCAL RULE 16.1**

Plaintiff Carolee Rada ("Ms. Rada") and Defendants, Experian Information Solutions, Inc. ("Experian"), Trans Union, LLC. ("Trans Union") and Citibank (South Dakota), N.A. ("Citibank") submit this Joint Statement in accordance with Fed. R. Civ. P. 26(f) and Local Rule 16.1.[1] The parties held the conference required by Local Rule 16.1(B) on December 15, 2010 and submit the proposed schedules outlined below pursuant to the discussions they had on that date.

After the conference, Ms. Rada reached settlement agreements with Experian, Trans Union and Equifax. The settlement papers are being signed and these three defendants will be dismissed from the case as soon as they are complete.

**A. Proposed Agenda for Scheduling Conference**

The parties propose that the agenda for the initial scheduling conference include the following issues:

1. Ms. Rada's claims, expected defenses, and factual issues relating thereto;

[1] Defendant Equifax Information Services, LLC has not yet entered an appearance.

2. Discussion of Citibank's pending Motion to Compel Arbitration and Stay Action;

3. Discussion of the discovery plan and case schedule outlined below;

4. Date of the next scheduling conference or event;

5. Status of settlement discussions and participation in voluntary mediation; and

6. Such other matters as the Court may find appropriate and useful to discuss.

**B. Proposed Discovery and Case Schedule[2]**

**1. Citibank's Motion to Compel Arbitration**

Citibank asserts that Ms. Rada's claims are subject to binding arbitration at the election of either Citibank or Ms. Rada pursuant to the arbitration agreement contained in the written terms and conditions governing Ms. Rada's credit card account. Citibank filed a Motion to Compel Arbitration and to Stay the Litigation on January 6, 2011 and Ms. Rada's opposition is due February 3, 2011. Ms. Rada denies that a valid arbitration agreement exists between the parties and will seek discovery related to the existence of an enforceable agreement.

**2. Alternative Dispute Resolution**

The parties have agreed to attend voluntary mediation. As such, the Proposed Case Scheduled below reflects the parties' expectations that they will exchange Local Rule 26.2(A) automatic disclosures and then participate in voluntary mediation in late February 2011.

**3. Proposed Discovery Plan**

**Plaintiff's Position**: Plaintiff denies that a valid arbitration agreement exists between the parties and will seek discovery related to the existence of an enforceable agreement in connection with Citibank's Motion to Compel Arbitration and to Stay the Litigation.

[2] It is Citibank's position that the claims against it are subject to arbitration. As such, it reserves the right to seek leave of court to extend any discovery deadlines to the extent its expected Motion to Compel Arbitration is unsuccessful and the time in which it takes to resolve that issue requires adjustment to the case schedule. To the extent Citibank receives leave of court to extend discovery deadlines, Plaintiff reserves the right to seek similar extensions.

**Citibank's Position**: Citibank maintains that Ms. Rada's claims against Citibank should be compelled to binding arbitration pursuant to the arbitration agreement contained in the written terms and conditions governing Ms. Rada's credit card account. Accordingly, any discovery should be addressed by an arbitrator.

In the event that Citibank's Motion is denied, however, the parties believe that the number and type of discovery events set forth in Local Rule 26.1(C) are appropriate. This does not appear to be a case which would benefit from phased discovery.

**4. Proposed Tentative[3] Case Schedule**

| Event | Deadline |
|---|---|
| Local Rule 26.2(A) automatic disclosures | February 9, 2011 |
| Amendment of pleadings | March 14, 2011 |
| Motions directed at pleadings | April 4, 2011 |
| Written discovery completed | June 2, 2011 |
| Depositions of fact witnesses | July 1, 2011 |
| Expert witnesses, if any, disclosed and reports and disclosure required by Rule 26(b) furnished | July 11, 2011 |
| Rebuttal expert witnesses disclosed and reports and disclosure required by Rule 26(b) furnished | July 25, 2011 |
| Depositions of experts completed | August 22, 2011 |
| If no experts are designated, dispositive motions shall be filed | August 22, 2010 |
| If expert witnesses are designated, dispositive motions shall be filed | September 30, 2011 |

[3] See footnote No. 2 above.

**C. Magistrate Judge**

The parties, at this time, do not consent to a trial by magistrate judge.

**D. Settlement**

Ms. Rada has reached settlement agreements with Experian, Trans Union and Equifax. Ms. Rada and Citibank have engaged in settlement discussions, but have not yet been able to reach a resolution.

**E. Certifications**

The certifications required by Local Rule 16.1(D)(3) will be filed separately by each party at or prior to the February 9, 2011 Scheduling Conference.

Respectfully submitted,

CAROLEE RADA,
By her attorney:

/s/ Elizabeth A. Miller
Elizabeth A. Miller, Esq. BBO #559347
P.O. Box 66026
Auburndale, MA 02466
Telephone: (617) 467-4335
elizabethamiller@comcast.net

/s/ Leonard A. Bennett
Leonard A. Bennett, *admitted pro hac vice*
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
Telephone: (757) 930-3660
lenbennett@cox.net

CITIBANK (SOUTH DAKOTA), N.A.,
By its attorney,

/s/ Jason A. Manekas
Jason A. Manekas, Esq. BBO# 632073
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone: (617) 790-3000
Facsimile: (617) 790-3300
jmanekas@bg-llp.com

TRANS UNION, LLC

By its attorney,

/s/ Mardic A. Marashian
Mardic A. Marashianm, Esq. BBO# 548607
Bonin & Marashian
77 Franklin Street
Boston, MA 02110
617-723-2525
617-723-3163 (fax)
mardic@boninmarashian.com

EXPERIAN INFORMATION SOLUTIONS, INC.

/s/ Robert S. White
Robert S. White, Esq. BBO# 552229
Bourgeois, Dresser & White
Four Dix Street
Worcester, MA 01609
508-798-8801
508-754-1943 (fax)
RSW@BDWLAW.com

/s/ Karen B. Reisinger
Karen B. Reisinger, Esq.,
*admitted pro hac vice*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
317-363-2400
317-363-2257 (fax)
kreisinger@schuckitlaw.com

/s/ George E. Spencer
George E. Spencer, Esq., *admitted pro hac vice*
Jones Day
222 E. 41st Street
New York, NY 10017
212-326-7897
212-755-7306 (fax)
gspencer@jonesday.com

**Certificate of Service**

I, Elizabeth A. Miller, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants by first class mail, postage prepaid, on January 26, 2011.

/s/ Elizabeth A. Miller
Elizabeth A. Miller