UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**N O T I C E**

Please take notice that this civil action pending in Boston has been transferred to JUDGE DENISE J. CASPER for all further proceedings. From this date forward the case number on all pleadings should be followed by the letters DJC to indicate assignment of the case to JUDGE CASPER. Please ensure that all future correspondence and filings with the Clerk's Office are identified with the correct case number followed by the Judge's initials.

Please note that unless otherwise notified by the Court, all scheduling deadlines set by judges previously assigned to these cases will be adhered to by Judge Casper.

Questions concerning cases assigned to Judge Casper should be directed to Lisa Hourihan, Courtroom Deputy Clerk at (617) 748-9177.

January 20, 2011

*Sarah Allison Thornton*
Clerk of Court