UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA,<br>                Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC and CITIBANK, (SOUTH DAKOTA), N.A.,<br>                Defendants. | Civil Action No. 1:10-CV-11676-RWZ |

**JOINT MOTION TO APPROVE STIPULATION OF PLAINTIFF AND DEFENDANT CITIBANK (SOUTH DAKOTA), N.A. AS TO DOCKET NO. 25 [CITIBANK (SOUTH DAKOTA), N.A.'S MOTION TO COMPEL ARBITRATION AND STAY ACTION]**

On or about January 6, 2011, Citibank (South Dakota), N.A. ("Citibank") filed its Motion to Compel Arbitration and Stay Action (the "Arbitration Motion") requesting that the Court compel Plaintiff Carolee Rada to arbitrate her claims against Citibank pursuant to the terms of the arbitration agreement contained in the terms and conditions governing the Citibank-issued credit card account at issue (hereinafter, the "Arbitration Agreement"). Plaintiff has not yet filed an opposition to the Arbitration Motion, but advised Citibank that she will agree to arbitrate provided that the arbitration is administered by JAMS. The Parties also agree that third parties may possess evidence relevant to the case, such as, for example, Bank of America (who allegedly tendered a payment on Plaintiff's Citibank credit card that Citibank does not show was received), consumer reporting agencies (who settled with Plaintiff and may possess evidence regarding the Plaintiff's disputes and credit history), and other third party creditors (who may possess documentary evidence regarding alleged denials of Plaintiff's applications for credit).

1

Accordingly, it is hereby stipulated, by and between Citibank and Plaintiff, through their respective counsel of record, that the Court should issue an Order compelling this action to arbitration pursuant to the terms of the Arbitration Agreement, provided that such arbitration proceedings may be administered by JAMS pursuant to the Streamlined Arbitration Rules and Procedures in addition to the arbitration firms set forth in the Arbitration Agreement.  Further, the parties agree that this action should be stayed pending completion of the arbitration proceedings; provided, however, that the Parties also ask the Court for continuing leave to issue and serve third party subpoenas in accordance with the Federal Rules of Civil Procedure if agreed by each party during the arbitration and/or approved by the private JAMS arbitrator.

WHEREFORE, the parties request that the Court approve this stipulation as to the Arbitration Motion [Docket No. 25], Order this action to arbitration consistent with the above stipulation, and stay this action pending completion of the arbitration proceedings. Notwithstanding the stay, the case shall remain on the docket during the arbitration and, to the extent that the private JAMS arbitrator approves the service of third-party subpoenas, the Parties may serve and enforce same in accordance with the Federal Rules of Civil Procedure. Respectfully submitted,

| | |
|---|---|
| CAROLEE RADA,<br>By her attorney: | CITIBANK (SOUTH DAKOTA), N.A.,<br>By its attorney, |
| /s/ Elizabeth A. Miller<br>Elizabeth A. Miller, Esq. BBO #559347<br>P.O. Box 66026<br>Auburndale, MA 02466<br>Telephone: (617) 467-4335<br>elizabethamiller@comcast.net | /s/ Jason A. Manekas<br>Jason A. Manekas, Esq. BBO# 632073<br>Bernkopf Goodman LLP<br>125 Summer Street, Suite 1300<br>Boston, Massachusetts 02110<br>Telephone:   (617) 790-3000<br>Facsimile:    (617) 790-3300<br>jmanekas@bg-llp.com |

/s/ Leonard A. Bennett
Leonard A. Bennett, *admitted pro hac vice*
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
Telephone: (757) 930-3660
lenbennett@cox.net

## Certificate of Service

I, Elizabeth A. Miller, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants by first class mail, postage prepaid, on February 3, 2011.

/s/ Elizabeth A. Miller
Elizabeth A. Miller