UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA,<br>            Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., TRANS UNION, LLC, EQUIFAX<br>INFORMATION SERVICES, LLC and<br>CITIBANK, (SOUTH DAKOTA), N.A.,<br>            Defendants. | Civil Action No. 1:10-CV-11676-DJC |

**JOINT STATUS REPORT**

As requested by the Court in its Order dated February 8, 2011 ("Order"), Plaintiff Carolee Rada ("Rada") and Defendant Citibank (South Dakota), N.A. ("Citibank"), through their respective counsel of record, hereby file this joint status report.

On February 8, 2011, this Court allowed the parties' Joint Request to Compel Arbitration and Stay Action and ordered the matter to arbitration pursuant to the terms of the parties' stipulation [Docket No. 32]. The Order specifically provided that its shall not bar Plaintiff Rada and the other defendants (Experian Information Solutions, Inc., Trans Union LLC, and Equifax Information Services, LLC) from prompting filing their notice of settlement and stipulation of dismissal in light of the parties' joint statement [Docket No. 30] that they had reached settlement. At this time, Plaintiff Rada and the respective Defendants, Experian Information Solutions, Inc., Trans Union LLC, and Equifax Information Services, LLC, have filed all necessary Stipulations or Notices of Dismissal, so that the sole remaining defendant is Citibank.

Rada and Citibank have also been in discussions regarding possible agreements with respect to a subpoena, resolution, and various arbitration procedures. It is expected that these

issues will be resolved within the next thirty (30) days and that an arbitration proceeding will be commenced within that time period. The parties will provide a further status report to the Court within (30) days as requested in the Order.

Respectfully submitted,

| | |
|---|---|
| CAROLEE RADA,<br>By her attorney: | CITIBANK (SOUTH DAKOTA), N.A.,<br>By its attorney, |
| /s/ Elizabeth A. Miller<br>Elizabeth A. Miller, Esq. BBO #559347<br>P.O. Box 66026<br>Auburndale, MA 02466<br>Telephone: (617) 467-4335<br>elizabethamiller@comcast.net | /s/ Jason A. Manekas<br>Jason A. Manekas, Esq. BBO# 632073<br>Bernkopf Goodman LLP<br>125 Summer Street, Suite 1300<br>Boston, Massachusetts 02110<br>Telephone:    (617) 790-3000<br>Facsimile:    (617) 790-3300<br>jmanekas@bg-llp.com |

/s/ Leonard A. Bennett
Leonard A. Bennett, *admitted pro hac vice*
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
Telephone: (757) 930-3660
lenbennett@cox.net

## CERTIFICATE OF SERVICE

I, Jason A. Manekas, hereby certify that a copy of the Joint Status Report was served electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via First Class Mail to any persons indicated as non-registered participants on March 8, 2011.

Signed under the pains and penalties of perjury this 8th day of March, 2011.

/s/ Jason A. Manekas