# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **CAROLEE RADA,** ) | |
| ) | No. 10-cv-11676 (DJC) |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC., TRANS UNION,** ) | |
| **LLC, EQUIFAX INFORMATION** ) | |
| **SERVICES, LLC AND CITIBANK,** ) | |
| **(SOUTH DAKOTA), N.A.,** ) | |
| ) | |
| **Defendants** ) | |

## NOTICE OF CHANGE OF ADDRESS AND FIRM NAME

Pursuant to Local Rule 83.5.2(e) Attorney Robert S. White, counsel for Defendant Experian Information Solutions Inc. ("Experian"), gives notice that effective June 1, 2011 his firm name, address, telephone number and other contact information has changed as reflected in the signature below. The appearance of George E. Spencer *pro hac vice* on behalf of Experian remain unchanged.

Respectfully submitted,

/s/Robert S. White
Robert S. White, BBO#552229
BourgeoisWhite, LLP
One West Boylston Street
Worcester, MA 01605
Tel: (508) 753-7038
Fax: (508) 756-1613
rsw@bourgeoiswhite.com

Dated: June 1, 2011

F:\docs\ExperRad\experrad.001

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2011 I caused a copy of the foregoing document to be filed with the Clerk of Court and served on all parties using the CM/ECF system.

      Respectfully submitted,

/s/Robert S. White
Robert S. White, BBO#552229
BourgeoisWhite, LLP
One West Boylston Street
Worcester, MA 01605
Tel: (508) 753-7038
Fax: (508) 756-1613
rsw@bourgeoiswhite.com