UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLEE RADA,<br>                Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC and CITIBANK, (SOUTH DAKOTA), N.A.,<br>                Defendants. | Civil Action No. 1:10-CV-11676-DJC |

**JOINT STATUS REPORT**

As requested by the Court in its Order dated February 8, 2011 ("Order"), Plaintiff Carolee Rada ("Rada") and Defendant Citibank (South Dakota), N.A. ("Citibank"), through their respective counsel of record, hereby file this monthly joint status report.

Since the last status report, Rada and Citibank have been continuing their attempts to obtain documents crucial to this case from Bank of America/FIA Card Services through Rule 45 subpoenas without the necessity for a third party deposition but have been unsuccessful. A third party deposition has been set for June 9, 2011. When that is completed the parties will be ready to commence the arbitration proceeding. The parties will provide a further status report to the Court within (30) days as requested in the Order.

June 6, 2011

Respectfully submitted,

| CAROLEE RADA,<br>By her attorney: | CITIBANK (SOUTH DAKOTA), N.A.,<br>By its attorney, |
|---|---|
| /s/ Elizabeth A. Miller<br>Elizabeth A. Miller, Esq. BBO #559347<br>P.O. Box 66026<br>Auburndale, MA 02466<br>Telephone: (617) 467-4335<br>elizabethamiller@comcast.net | /s/ Jason A. Manekas<br>Jason A. Manekas, Esq. BBO# 632073<br>Bernkopf Goodman LLP<br>125 Summer Street, Suite 1300<br>Boston, Massachusetts 02110<br>Telephone:    (617) 790-3000<br>Facsimile:    (617) 790-3300<br>jmanekas@bg-llp.com |

/s/ Leonard A. Bennett
Leonard A. Bennett, *admitted pro hac vice*
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
Telephone: (757) 930-3660
lenbennett@cox.net

**Certificate of Service**

I, Elizabeth A. Miller, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants by first class mail, postage prepaid, on June 6, 2011.

/s/ Elizabeth A. Miller
Elizabeth A. Miller